■ In the Matter of JOEL H. COHEN (Admitted as JOEL HARVEY COHEN), an Attorney. [608 NYS2d 799] —Motion for leave to appeal to the Court of Appeals or for other relief denied, and respondent directed to comply with the order of this Court entered on October 19, 1993 (193 AD2d 197) as indicated. No opinion. Concur—Murphy, P. J., Sullivan, Carro, Kupferman and Ross, JJ.

■ In the Matter of FREDERIC D. WALKER (Admitted as FREDERIC D. WOLKOFF), a Disbarred Attorney. [608 NYS2d 799] — Petition granted to the extent of referring the matter to the Departmental Disciplinary Committee for the First Judicial Department for a hearing as indicated. No opinion. Concur— Sullivan, J. P., Carro, Ellerin, Asch and Nardelli, JJ.